In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00364-CR**
_____

**JULIUS JERMAINE GUILLORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09452**

## ORDER

On January 14, 2013, appellant's appointed counsel filed a brief which urges the Court to review this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states that he provided appellant with a copy of the clerk's record and the reporter's record and notified appellant of his right to review the record and file a *pro se* brief.

1

It is ORDERED that counsel for appellant ensure that appellant has access to a copy of the clerk's record and reporter's record, which may include either providing appellant with a copy of the record, or assisting appellant in obtaining access to the duplicate record pursuant to Tex. R. App. P. 34.5(g) and 34.6(h) upon request by the appellant.

It is, therefore, ORDERED that appellant, Julius Jermaine Guillory, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

It is further ORDERED that counsel for appellant advise appellant of his right to seek discretionary review under Texas Rule of Appellate Procedure 68. *See* Tex. R. App. P. 48.4; *see also* Tex. R. App. P. 68.

ORDER ENTERED January 24, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2